UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEBORAH DAVIS** | **CIVIL ACTION** |
| versus | **NO. 2:16-CV-04263** |
| **CAPITAL ONE SERVICES, LLC AND AETNA LIFE INSURANCE COMPANY** | **JUDGE FALLON** |
| | **MAGISTRATE NORTH** |

## NOTICE OF MANUAL ATTACHMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Aetna Life Insurance Company, which hereby files this Notice of Manual Attachment.

On this date, Aetna has filed its *Ex Parte* Motion for Leave to Submit Administrative Record Under Seal, moving for leave to submit the Administrative Record in this ERISA case under seal in order to protect the Plaintiff's private and sensitive personal, financial and health information. Aetna hereby submits this Notice of Manual Attachment to document for the record its submittal of the Administrative Record, Bates Nos. AR000001-AR000496, on a CD to the Clerk of Court.

Respectfully submitted,

*/s/Covert J. Geary*
COVERT J. GEARY (#14280)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8276
Fax: (504) 589-8276
**Attorneys for Aetna Life Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 30th day of November, 2016.

*/s/Covert J. Geary*

{N3331524.1}